FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

NOV 1 0 2015

CHRISTOPHER A. PRINE
CLERK _____

Case Number
01-14-01019-CR

| | | |
|---|---|---|
| Hung Le, Appellant | § | COURT OF APPEALS |
| | § | 1ST DISTRICT |
| State of Texas, Appellee | § | HOUSTON, TEXAS |

## Pro se Motion for Extension of Time to File Response to *Anders* Brief

To the Honorable Justices of said Court:

Appellant's appointed counsel file a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant filed a pro se request for access to the clerk's record and reporter's record in preparation for use in preparing his pro se response to counsel's brief and included a motion for extension of time to respond to counsel's *Anders* brief.

This Honorable Court granted said extension which is set to expire on **November 2, 2015.**

Appellant is in the transit to another Unit in safekeeping area and currently confined in the Life Division of the Texas Department of Justice Center in Huntsville Unit, and has suffered yet another epileptic seizure, caused scalp laceration and became hospitalized at Huntsville Memorial Hospital on 9/29/2015 and was ordered by Doctor Windham to remove staples within 7 days (please see attached hospital's report) during his period of extension and appeal response filing. As a result, Appellant has become confused, disoriented, and has shown

loss memory of past and recent events and needs additional time to be fully recovered mentally and physically and comprehend his legal processes.

Presently, Appellant lacks the capacity to understand, identify and analyze the relevant issues that are ripe for appeal, formulate a good faith argument, and simultaneously draft and file a clear and concise response to counsel's *Anders* brief within the time remaining on the last extension to November 2nd, 2015.

Appellant's Public Defender counsel refused to provide any legal assistance whatsoever during this process. Moreover, Appellant was located to solitary confinement for his safety for the past 50 days where he has forfeited access to persons in general population who were prepared to assist Appellant with the preparation of his response. .Appellant needs to be settled in a new unit where he will be permitted to contact family member, to access to any authorities, chaplains, any persons in general population who is willing to assist Appellant with the preparation of his response brief. Appellant has a language barrier and always requires assistance from an interpreter with detailed explanation, guidance and understanding all matters.

Appellant is currently relying on a family member to monitor his mental condition and communicate with authorities and medical staff, case progress and retain a private counsel or other professional help but needs additional time to procure said assistance because family members live outside of the State of Texas.

Due to Appellant's financial hardship to hire a private counsel, non-accessible permission for any assistance due to past 50 day safety confinement, now in transit to a new unit, recurring seizures, and incompetency mental condition, Appellant now respectfully requests the Court grant him another Appellate Public Defender Bob Wicoff to substitute Public Defendant Crowley's withdrawal and additional sixty (60) days from the granting of the motion to retain another Appellate Public Defender or find an outside assistance and allow time for that professional to help Appellant prepare and file a timely pro se response to counsel's brief and a writ of Habeas Corpus as advised by Appellate Public Defender Crowley.

Respectfully submitted,

Hung Le

Hung Le, Pro se Appellant
STILES Unit, TDCJ# 01966229
BEAMONT, Texas 77705

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 6 day of NOVEMBER 2015, a true and correct copy of the foregoing Motion for Extension of Time to File Response to Counsel's *Anders* Brief was served by U.S. mail on the :

Harris County District Attorney's Office
1200 Franklin, Suite 600
Houston, Texas 77002

Hung Le

Pro se Appellant



Date: 09/29/15
Account No: H00001033625
Unit No: M000202557
Patient: LE,HUNG 1966229
Location: ER
Physician: WINDHAM,WILLIAM A

## Patient Visit Information

**You were seen today for:**

Seizure
Scalp laceration
Phenytoin overdose

## Staff

Your caregivers today were:

Physician:    WINDHAM,WILLIAM A
Nurse:        TOG

## Activity Restrictions or Additional Instructions

STAPLES OUT IN 7 DAYS. THE PATIENT'S PHENYTOIN SHOULD BE TAKEN OUT OF THE CELL
AND DISPENSED TO HIM AT DOSING TIMES. HE SHOULD BE OBSERVED TAKING THE
PHENYTOIN
TO MAKE SURE HE HAS TAKEN IT.

## Follow-up

Please contact the following to make an appointment for follow-up care:

TDCJ,PRIMARY CARE DOC

Note: Your health care plan may require a referral from your primary care provider prior
to making an appointment.

## Discharge Form

The exam and treatment which you have received has been on an EMERGENCY BASIS
ONLY. It is not intended to substitute or replace complete medical care.

It is advised that you follow the recommendations below:

1. If complications arise, call your doctor immediately. If the doctor
   cannot be reached return to the Emergency Department at once.

2. Have your prescriptions filled and follow the directions on the label.

3. The x-ray report by the Emergency Physician is NOT a final report. A

Hung T. Le, # 01966229
3060 FM 3514 unit
BEAUMONT, TX 77705

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

NOV 10 2015

CHRISTOPHER A. PRINE
CLERK

NORTH HOUSTON TX 773

09 NOV 2015 PM 3 L

MAIL RECEIVED

CHRISTOPHER A. PRINE, CLERK
1st COURT OF APPEALS
301 Fannin St
Houston, TX 77002

770022066699

FOREVER